IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01977-BNB

RODERICK MATTHEWS,

    Applicant,

v.

J. M. WILNER, Warden, FCI - Florence,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 29 2008

GREGORY C. LANGHAM
                CLERK

ORDER OF DISMISSAL

Applicant, Roderick Matthews, was a prisoner in the custody of the United States Bureau of Prisons who was incarcerated at the Federal Correctional Institution in Florence, Colorado, when he initiated this action by submitting to the Court *pro se* an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.

In an order filed on September 15, 2008, Magistrate Judge Boyd N. Boland ordered Mr. Matthews to cure certain enumerated deficiencies in this case within thirty days. Specifically, Mr. Matthews was directed either to pay the $5.00 filing fee for a habeas corpus action or to submit on the proper, Court-approved form a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action. On September 22, 2008, Mr. Matthews' copy of the September 15 order was returned to the Court in an envelope marked "Return to Sender" "Attempted - Not Known," and "Unable to Forward."

Mr. Matthews has failed within the time allowed to comply with the September 15, 2008, order or otherwise to communicate with the Court in any way. The September 15 order warned Mr. Matthews that if he failed to cure the designated deficiencies within the time allowed, the application would be denied and the action dismissed without further notice. Accordingly, it is

ORDERED that the habeas corpus application is denied and the action is dismissed without prejudice for failure to cure and for failure to prosecute.

DATED at Denver, Colorado, this 29 day of Oct., 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01977-BNB

Roderick Matthews
Prisoner No. 76735-004
FCI-Florence
P.O. Box 6000
Florence, CO 81226-6000

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10/29/08

                                                GREGORY C. LANGHAM, CLERK

                                                By:_____
                                                          Deputy Clerk